# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149536(71)

DAVID ABBO, COLORADO TOYZ,
INC., and WIRELESS PHONES, L.L.C.,
      Plaintiffs-Appellees,

v

WIRELESS TOYZ FRANCHISE, L.L.C.,
JOE BARBAT, RICHARD SIMTOB,
JSB ENTERPRIZES, INC., and JACK
BARBAT,
      Defendants-Appellants.
_____/

SC: 149536
COA: 304185
Oakland CC: 2007-082804-CK

On order of the Chief Justice, the motion of defendants-appellants to file a reply is GRANTED. The reply submitted on August 27, 2015, is accepted for filing. A reply from plaintiffs-appellees will be accepted for filing if submitted on or before September 23, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____September 9, 2015_____



Clerk